IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANUEL FIGUEROA, : | |
| : | |
| Petitioner : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-3487 |
| : | |
| MARK GARMAN, et al., : | |
| : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW,** this __27th__ day of April, 2020, upon consideration of the Petition for Habeas Corpus (Doc. 1), the Response in Opposition to the Petition for Habeas Corpus (Doc. 13), and the Report and Recommendation of Magistrate Judge David R. Strawbridge (Doc. 20), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, U.S.D.J.**